UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:
   ETHEL B DIXON                                           CASE NO. 10-12334
   1424 KARAHILL DR.                                    (CHAPTER 13)
   CINCINNATI, OH 45240-2240                JUDGE J. VINCENT AUG

       Debtor
   SSN(1) XXX-XX-5992
   SSN(2) XXX-XX-0000

CHAPTER 13 TRUSTEE'S
MOTION TO DISMISS

   Now comes Margaret A. Burks, Standing Chapter 13 Trustee, and requests that the Court dismiss this case for FAILURE to make plan payments.

                                                          Respectfully submitted,

                            /s/    <u>Margaret A. Burks, Esq.</u>
                                               Margaret A. Burks, Esq.
                                             Chapter 13 Trustee
                                             Attorney No. OH 0030377

                                             Francis J. DiCesare, Esq.
                                             Staff Attorney
                                             Attorney No. OH 0038798

                                             Karolina F. Perr, Esq.
                                             Staff Attorney
                                             Attorney No. OH 0066193

                                             600 Vine Street, Suite 2200
                                             Cincinnati, OH 45202
                                             (513) 621-4488
                                             (513) 621 2643 (Facsimile)
                                             fdicesare@cinn13.org
                                             kperr@cinn13.org
                                             mburks@cinn13.org - Correspondence only
                                             cincinnati@cinn13.org - Court Filings

<u>NOTICE</u>

   A written response to the Motion must be filed within twenty-one (21) days of the date of service as set forth in the certificate of service. The Court is authorized to grant the dismissal without further notice should a timely response not be filed.

CERTIFICATE OF SERVICE

    The Trustee hereby certifies that she has served a copy of the Motion to Dismiss by ordinary U.S. mail or electronically on this day Oct 12, 2010 to all parties listed below.

    /s/   Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney No. OH 0038798

Karolina F. Perr, Esq.
Staff Attorney
Attorney No. OH 0066193

600 Vine Street, Suite 2200
Cincinnati, OH 45202
(513) 621-4488
(513) 621 2643 (Facsimile)
fdicesare@cinn13.org
kperr@cinn13.org
mburks@cinn13.org - Correspondence only
cincinnati@cinn13.org - Court Filings

Debtor(s):
ETHEL B DIXON
1424 KARAHILL DR.
CINCINNATI, OH  45240-2240

U.S. Trustee:
U.S. TRUSTEE
36 EAST 7TH ST.
SUITE 2030
CINCINNATI, OH  45202

Debtor's Attorney:
ALVERTIS BISHOP, ESQ.
917 MAIN STREET
SUITE 200
CINCINNATI, OH  45202

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:
   ETHEL B DIXON                                            CASE NO. 10-12334
   1424 KARAHILL DR.                                   (CHAPTER 13)
   CINCINNATI, OH  45240-2240                 JUDGE J. VINCENT AUG

       Debtor
SSN(1) XXX-XX-5992
SSN(2) XXX-XX-0000
― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ―

NOTICE OF MOTION TO DISMISS
― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ―

   The Chapter 13 Trustee, Margaret A. Burks, has filed papers with the Court to dismiss your case.

**<u>Your rights may be affected.</u>** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

   If you do not want the Court to grant the relief sought in this motion, then on or before twenty-one (21) days from the date set forth in the certificate of service for the motion, you or your attorney must:

       File with the Court a response explaining your position by mailing your response by regular U.S. Mail to the address below OR your attorney must file a response using the court's ECF system.  The Court must receive your response on or before the above date.

       U.S. BANKRUPTCY COURT
       ATRIUM II, SUITE 800
       221 EAST 4TH STREET
       CINCINNATI, OH  45202

You must also mail a copy to:

| MARGARET A BURKS, TRUSTEE | U.S. TRUSTEE |
|---|---|
| CHAPTER 13 TRUSTEE | 36 EAST 7TH ST. |
| 600 VINE, SUITE 2200 | SUITE 2030 |
| CINCINNATI, OH  45202 | CINCINNATI, OH  45202 |

   Debtor's Attorney:
   ALVERTIS BISHOP, ESQ.
   917 MAIN STREET
   SUITE 200
   CINCINNATI, OH  45202

   Debtor(s):
   ETHEL B DIXON
   1424 KARAHILL DR.
   CINCINNATI, OH  45240-2240

The Court will send you a separate notice if it sets a hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without further hearing or notice.

Date: Oct 12, 2010

/s/   Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney No. OH 0038798

Karolina F. Perr, Esq.
Staff Attorney
Attorney No. OH 0066193

600 Vine Street, Suite 2200
Cincinnati, OH 45202
(513) 621-4488
(513) 621 2643 (Facsimile)
fdicesare@cinn13.org
kperr@cinn13.org
mburks@cinn13.org - Correspondence only
cincinnati@cinn13.org - Court Filings